November 15, 2019

The Honorable Terry Hatter Jr.
Federal Court House
Los Angeles, California

William Roger Reaves
Prison number 10312-004           CR 82-0719-TJH
MDC Los Angeles

Dear Judge Hatter,

Back in 1982 you sentenced me to three years custody plus twenty-five years special parole for the possession of 500-600 pounds of marijuana in 1977 plus five years for tax offense and gave me probation on that.

I served two years on the original term, was released on parole. After one year I absconded. The U.S.P.C. sentenced me to 11 years and you sentenced me to 4 years on the probation. After serving 11 years I was extradited to Germany where I served a further 6 months and was paroled.

Special Parole cannot run with any other parole furnished by law. Statute.

While on German parole I was convicted of a cocaine charge in Australia and sentenced to life. After serving 18 years I was paroled and returned to Los Angeles. At the airport I was arrested for parole violation. That was on the 27th of July. I was placed in the hole or SHU and for the past 114 days I have not heard a word from the parole commission or anyone else.

The parole commission has 90 days in order to give one a hearing or to turn him loose.

Being that I am unable to present this formally please accept this as an extraordinary writ requesting my immediate release.

I am 76 years old, I have dementia and I have been in prison for over 32 years since you sentenced me.

I often remember you fondly and thank you for your kindness back in 1982.

Sincerely yours,
Roger Reaves

William Robert Reaves 10318-001
U.S.D.C. Los Angeles
P.O. Box 1500
Los Angeles, CA 90053

The Honorable Terry Hatter Jr.
U.S. Federal Court House
Spring Street
Los Angeles, CA 90053

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY